IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,                                                           NO. 20-CV-00259 KG/SCY

vs.

ANDREW F. ARRIETA,

    Defendant.

**ORDER GRANTING
PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF DUTY OF
GOOD FAITH AND FAIR DEALING**

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint for Breach of Contract and Breach of Duty of Good Faith and Fair Dealing ("Motion"). (Doc. 20). The Court has considered the Motion, the relevant legal authority, and being otherwise fully advised of the premises therein FINDS the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff, Rachel Kay Keller, is hereby granted leave to file her First Amended Complaint for Breach of Contract and Breach of Duty of Good Faith and Fair Dealing.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THE LAW OFFICE OF DENISE M. THOMAS
Attorney for Plaintiff


By*:_/s/ Denise M. Thomas*
 Denise M. Thomas
 NM Bar No. 14992
 P.O. Box 8236
 Santa Fe, NM 87504-8236
 (505) 577-6332
 denise@denisethomaslaw.com


Approved by:

MONTGOMERY & ANDREWS, P.A.
Attorneys for Defendant


By: */s/ Randy S. Bartell (via email 5/22/20)*
 Randy S. Bartell
 Matthew A. Zidovsky
 325 Paseo de Peralta
 P.O. Box 2307
 Santa Fe, NM 87504-2307
 (505) 982-3873
 rbartell@montand.com
 mzidovsky@montand.com