IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,                                                      NO. 20-CV-00259 KG/SCY

vs.

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

vs.

COOPER & SCULLY, PC, ERIC HINES,
WESLEY G. JOHSON, TOM CARSE and
SEAN P. McAFEE,

    Third-Party Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR BREACH OF CONTRACT, BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING, INVASION OF PRIVACY AND BREACH OF CONFIDENCE**

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint for Breach of Contract, Breach of Duty of Good Faith and Fair Dealing, Invasion of Privacy and Breach of Confidence ("Motion"). (Doc. 88). The Court has considered the Motion, the relevant legal authority, and being otherwise fully advised of the premises therein FINDS the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff, Rachel Kay Keller, is hereby granted leave to file her Second Amended Complaint for Breach of Contract, Breach of Duty of Good Faith and Fair Dealing, Invasion of Privacy and Breach of Confidence.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

Submitted by:

THE LAW OFFICE OF DENISE M. THOMAS

By: */s/ Denise M. Thomas*
    Denise M. Thomas
    NM Bar No. 14992
    P.O. Box 8236
    Santa Fe, NM 87504-8236
    (505) 577-6332
    denise@denisethomaslaw.com

    TRAIN LAW FIRM, LLC
    Amber Train
    1000 Cordova St., PMB 177
    Santa Fe, NM 87505
    (505) 795-7379
    atrain@atrainlaw.com
    *Attorneys for Plaintiff*

Unopposed by:

MONTGOMERY & ANDREWS, P.A.

By: */s/ Randy S. Bartell*
    Randy S. Bartell
    Matthew A. Zidovsky
    P.O. Box 2307
    Santa Fe, NM 87504-2307
    (505) 982-3873
    rbartell@montand.com
    mzidovsky@montand.com
    *Attorneys for Defendant/Third-Party Plaintiff*

BRANT & HUNT

By: */s/ Jeannie Hunt*
    Jeannie Hunt
    John M. Brant
    202 Tulane Dr. SE
    Albuquerque, NM 87102
    (505) 232-5300
    jeannie@brantandhunt.com
    jack@brantandhunt.com
    *Attorneys for Third-Party Defendant Sean McAfee*

CONKLIN, WOODCOCK & ZIEGLER, PC

By: */s/ Alisa Wigley-DeLara*
Alisa Wigley-DeLara
John K. Ziegler
320 Gold SW, Ste. 800
Albuquerque, NM 87102
(505) 224-9160
awd@conklinfirm.com
jkz@conklinfirm.com
*Attorneys for Third-Party Defendants Cooper & Scully, PC, Eric Hines & Wesley Johnson*

RODEY, DICKASON, SLOAN, AKIN & ROBB, PA

By: */s/ Seth L. Sparks*
Randy Taylor
Seth L. Sparks
P.O. Box 1888
Albuquerque, NM 87103
(505) 765-5900
rtaylor@rodey.com
ssparks@rodey.com
*Attorneys for Third-Party Defendant Tom Carse*