IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                  Case No:  1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

### STIPULATED ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER having come before the Court on Third-Party Defendant Sean P. McAfee's Unopposed Motion for Leave to File Under Seal ("Motion") and the Court having reviewed the Motion and having noted no opposition thereto and being otherwise fully advised therein, hereby finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Unopposed Motion for Leave to File Under Seal shall be and is hereby granted and Third-Party Defendant Sean P. McAfee shall be permitted to file his Motion for Partial Summary Judgment on Plaintiff's Claims for Rescission and Restitution under seal.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**
BRANT & HUNT, ATTORNEYS

By: _/s/ J. Hunt_____
    Jack Brant
    Jeannie Hunt
    202 Tulane Dr. SE
    Albuquerque, NM 87106
    (505) 232-5300
    jack@brantandhunt.com
    jeannie@brantandhunt.com

**Approved by:**
THE LAW OFFICE OF DENISE M. THOMAS

By: _Not opposed by D. Thomas 03/10/21 (JH)
    Denise M. Thomas
    P.O. Box 8236
    Santa Fe, NM 87504-8236
    (505) 577-6332
    denise@denisethomaslaw.com
    *Attorney for Plaintiff*

MONTGOMERY & ANDREWS, P.A.

By: _Electronically Approved by R. Bartell 03/08/21 (JH)_
    Randy S. Bartell
    Matthew A. Zidovsky
    325 Paseo de Peralta
    P.O. Box 2307
    Santa Fe, NM 87504-2307
    (505) 982-3873
    rbartell@montand.com
    mzidovsky@montand.com
    *Attorneys for Defendant/Third-Party Plaintiff*

CONKLIN, WOODCOCK & ZIEGLER, P.C.

By: _Electronically Approved by A. Wigley-Delara 03/10/21 (JH)_
    Alisa Wigley-DeLara
    John K. Ziegler
    320 Gold Ave. SW, Ste. 800
    Albuquerque, NM 87102
    (505) 224-9160
    awd@conklinfirm.com
    jkz@conklinfirm.com

*Attorneys for Third-Party Defendants
Cooper & Scully, P.C., Wesley G. Johnson,
And Eric Hines*

RODEY DICKASON SLOAN AKIN & ROBB, P.A.

By: *Electronically Approved by S. Sparks*  03/10/21  (JH)
    Seth Sparks
    Jeffrey R. Taylor
    P.O. Box 1888
    Albuquerque, NM 87103-1888
    (505) 765-5900
    ssparks@rodey.com
    rtaylor@rodey.com
    *Attorneys for Third-Party Defendant
    Tom Carse*