IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                               Cause No. 1:20-CV-00259-KG/SCY

ANDREW F. ARRIETA,

    Defendant,

v.

COOPER & SCULLY, P.C., ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE

    Third Party Defendants.

## NOTICE OF JOINDER

Third Party Tom Carse, hereby provides his notice of joinder in Defendant Andrew Arrieta's Motion to Dismiss Plaintiff's Claims for Invasion of Privacy and Breach of Confidence (the "Motion"), (Doc. 95), filed herein on February 18, 2021. Tom Carse incorporates by reference the arguments and reasoning set forth in Defendant Andrew Arrieta's Motion and requests that the Court dismiss Plaintiff's claims for invasion of privacy and breach of confidence with prejudice.

                              Respectfully submitted,

                              RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                              By:   /s/ Jeffrey R. Taylor
                                    Seth L. Sparks
                                    Jeffrey R. Taylor
                              P.O. Box 1888
                              Albuquerque, NM 87103
                              (505) 765-5900
                              ssparks@rodey.com
                              rtaylor@rodey.com
                              *Attorneys for Third Party Defendant Tom Carse*

3441841.1

CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2021, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By   */s/ Jeffrey R. Taylor*
        Jeffrey R. Taylor