IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                  Case No: 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

### STIPUATED ORDER GRANTING UNOPPOSED
### MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER having come before the Court on Plaintiff Rachel Kay Keller's Unopposed Motion for Leave to File Under Seal ("Motion") and the Court having reviewed the Motion and having noted no opposition thereto and being otherwise fully advised therein, hereby finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Unopposed Motion for Leave to File Under Seal shall be and is hereby granted and Plaintiff Keller may file her Motion to Compel under seal; Defendant Arrieta may file his response under seal; and Plaintiff Keller may file her reply in support of her Motion under seal.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

TRAIN LAW FIRM LLC


By: /s/ Amber Train 5/6/21
      Amber Train
      1000 Cordova Plz., PMB 177
      Santa Fe, NM 87501
      505.795.7379
      atrain@atrainlaw.com


THE LAW OFFICE OF DENISE M. THOMAS

      Denise M. Thomas
      P.O. Box 8236
      Santa Fe, NM 87504-8236
      505.577.6332
      denise@denisethomaslaw.com

*Attorneys for Plaintiff*