IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                                             Civ. No. 20-259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On October 15, 2021, Plaintiff filed a Motion for Leave to File Under Seal (Doc. 145) her witness list. On October 19, 2021, the Court entered its order denying Plaintiff's Motion for Leave to File Under Seal with leave to refile with more definitive explanation. (Doc. 146). To date, Plaintiff has not refiled her Motion for Leave to File Under Seal with more definitive explanation.

In light of the foregoing, the Court hereby ORDERS Plaintiff to show cause, in writing, by **Monday, December 13, 2021**, why her Witness List (Doc. 144) and her Motion for Leave to File Under Seal (Doc. 145) should remain sealed. The Court advises that if Plaintiff does not proffer an explanation for why her Witness List and her Motion should be sealed as required by this Order, the Court will unseal her Witness List and the Motion without further notice on **Wednesday, December 15, 2021**.

    IT IS SO ORDERED.

                                                                            UNITED STATES DISTRICT JUDGE