IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                Case No: 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

## ORDER GRANTING AMENDED MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER having come before the Court on its Order to Show Cause and Plaintiff's Response to Order to Show Cause and Amended Motion for Leave to File Under Seal ("Amended Motion"), and the Court having reviewed the unopposed Amended Motion and having been otherwise fully advised therein, hereby finds the Amended Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Amended Motion for Leave to File Under Seal shall be and is hereby granted and Plaintiff Keller may file the redacted version of her Designation of Experts as attached to her Amended Motion for Leave to File Under Seal.

                                                                                                     _____
                                                                                       UNITED STATES DISTRICT JUDGE

Submitted by:

TRAIN LAW FIRM LLC


By: _____
   Amber Train
   1000 Cordova Plz., PMB 177
   Santa Fe, NM 87501
   505.795.7379
   atrain@atrainlaw.com


THE LAW OFFICE OF DENISE M. THOMAS

   Denise M. Thomas
   P.O. Box 8236
   Santa Fe, NM 87504-8236
   505.577.6332
   denise@denisethomaslaw.com

*Attorneys for Plaintiff*