IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                            Case No. 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

**STIPULATED ORDER GRANTING LEAVE TO FILE UNDER SEAL**

This matter having come before the Court upon the Stipulated Motion for Leave to File Under Seal by Defendant-Counterclaimant Andrew F. Arrieta seeking to file the Opposed Motion for Partial Summary Judgment on Breach of Contract of Defendant-Counterclaimant Arrieta in this case under seal in accordance with Fed. R. Civ. P. 5.2(f) and allowing the response and reply to be filed under seal as well, and the Court having reviewed the pleadings of record and noting the approval of opposing counsel and being otherwise fully advised;

ORDERS that the motion be, and hereby is, granted. The Clerk of the Court is authorized to accept an unredacted copy of the Opposed Motion for Partial Summary Judgment on Breach of Contract of Defendant-Counterclaimant Arrieta for filing in this case under seal and

is further authorized to accept unredacted copies of any response to the motion and any reply filed in support of the motion.

_____
UNITED STATES DISTRICT JUDGE

**Submitted**:

MONTGOMERY & ANDREWS, P.A.

By: */s/ Randy S. Bartell*
Randy S. Bartell
Kaleb W. Brooks
*Attorneys for Defendant-Counterclaimant Arrieta*
P.O. Box 2307
Santa Fe, NM 87504-2307
505-982-3873
rbartell@montand.com
kbrooks@montand.com


**Approved**:

 */s/ (approved by email on July 11, 2022)*
Denise M. Thomas
Amber Train
*Attorneys for Plaintiff Keller*
P.O. Box 8236
Santa Fe, New Mexico 87504-8236
(505) 577-6332
denise@denisethomaslaw.com
atrain@ATrainLaw.com

BRANT & HUNT, ATTORNEYS

 /s/ *(approved by email on July 8, 2022)*
John M. Brant
Jeannie Hunt
*Attorneys for Third Party Defendant Sean P. McAfee*
202 Tulane Drive SE
Albuquerque, NM 87102
(505) 232-5300
jack@brantandhunt.com
jeannie@brantandhunt.com


DELARA, SUPIK & ODEGARD, P.C.

 /s/ *(approved by email on July 8, 2022)*
Alisa Wigley-DeLara
*Attorneys for Third Party Defendants Cooper & Scully, PC, Hines, and Johnson*
320 Gold SW, Suite 800
Albuquerque, NM 87102
(505) 999-1500
alisa@delaralaw.com


RODEY, DICKASON, SLOAN, AKIN, & ROBB, P.A.

 /s/ *(approved by email on July 11, 2022)*
Jeffrey R. Taylor
Seth L. Sparks
*Attorneys for Third Party Defendant Tom Carse*
P.O. Box 1888
Albuquerque, NM 87103
(505) 765-5900
rtaylor@rodey.com
ssparks@rodey.com