IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                            Case No: 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

## STIPULATED ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL

THIS MATTER having come before the Court on Plaintiff Rachel Keller's Stipulated Motion for Leave to File Motion for Partial Summary Judgment Under Seal ("Motion") and the Court having reviewed the Motion and having noted the other parties' stipulation thereto and being otherwise fully advised therein, hereby finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Stipulated Motion for Leave to File Motion for Partial Summary Judgment Under Seal shall be and is hereby granted and Plaintiff Rachel Keller shall be permitted to file her Motion for Partial Summary Judgment under seal.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

TRAIN LAW FIRM LLC

By: _____
Amber Train
1000 Cordova Pl, PMB 177
Santa Fe, NM 87505
505.795.7379
atrain@atrainlaw.com

**Approved by:**

BRANT & HUNT, ATTORNEYS

By:   Stipulated to via telephone on 9/15/22
      Jack Brant
      Jeannie Hunt
      202 Tulane Dr. SE
      Albuquerque, NM 87106
      (505) 232-5300
      jack@brantandhunt.com
      jeannie@brantandhunt.com
      *Attorneys for Third-Party Defendant*
      *Sean P. McAfee*


MONTGOMERY & ANDREWS, P.A.

By:  *Stipulated to via telephone on 9/15/22*
     Randy S. Bartell
     Kaleb Brooks
     325 Paseo de Peralta
     P.O. Box 2307
     Santa Fe, NM 87504-2307
     (505) 982-3873
     rbartell@montand.com
     mzidovsky@montand.com
     *Attorneys for Defendant/Third-Party Plaintiff*

RODEY DICKASON SLOAN AKIN & ROBB, P.A.

By:  *Stipulated to by telephone on 9/15/22*
     Jeffrey R. Taylor
     P.O. Box 1888
     Albuquerque, NM 87103-1888
     (505) 765-5900
     ssparks@rodey.com

rtaylor@rodey.com
*Attorneys for Third-Party Defendant*
*Tom Carse*

DELARA SUPIK ODEGARD, P.C.

By: *Stipulated via telephone on 9/15/22*
    Alisa Wigley-DeLara
    P.O. BOX 91596
    Albuquerque, NM 87199
    (505) 999-1500

    alisa@delaralaw.com
    *Attorneys for Third-Party Defendants*
    *Cooper & Scully, P.C., Wesley G. Johnson, And Eric Hines*