IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                    Case No: 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

## STIPULATED ORDER GRANTING THIRD-PARTY DEFENDANT SEAN P. MCAFEE'S MOTION TO FILE UNDER SEAL

THIS MATTER having come before the Court on Third-Party Defendant Sean P. McAfee's Stipulated Motion for Leave to File Under Seal and the Court having read the briefing; finding no opposition thereto; and being otherwise fully advised therein, hereby finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Third-Party Defendant Sean P. McAfee's Stipulated Motion to File Under Seal shall be and is hereby granted and Third-Party Defendant Sean P. McAfee shall file his Motion and replies in support thereof under seal. All responses to the Motion shall also be filed under seal.

UNITED STATES DISTRICT JUDGE

**Respectfully submitted by:**

BRANT & HUNT, ATTORNEYS

*By: /s/Jeannie Hunt*
    John M. Brant
    Jeannie Hunt
202 Tulane Drive Southeast
Albuquerque, NM  87102
(505) 232-5300
jack@brantandhunt.com
jeannie@brantandhunt.com
*Attorneys for Third-party Defendant, Sean P. McAfee*

**Stipulated to by:**

TRAIN LAW FIRM

By:  *Telephonically stipulated by A. Train 09/15/22 (JH)*
    Amber Tran
150 Washington Ave. Ste. 201
Santa Fe, NM 87501
(505) 795-7379
atrain@atrainlaw.com


THE LAW OFFICE OF DENISE M. THOMAS
Denise M. Thomas
P.O. Box 8236
Santa Fe, NM 87504-8236
(505) 577-6332
denise@denisethomaslaw.com
*Attorneys for Plaintiff*

MONTGOMERY & ANDREWS, P.A.

By: *Telephonically stipulated by R. Bartell, K. Brooks 09/15/22 (JH)*
     Randy S. Bartell
     Kaleb W. Brooks
325 Paseo de Peralta
P.O. Box 2307
Santa Fe, NM 87504-2307
(505) 982-3873
rbartell@montand.com
kwbrooks@montand.com
***Attorneys for Defendant/Third-Party Plaintiff***


DELARA, SUPIK, ODEGARD, P.C.

By: *Telephonically stipulated by A. Wigley-DeLara 09/15/22 (JH)*
     Alisa Wigley-DeLara
P.O. Box 91596
Albuquerque, NM 87199-1596
alisa@delaralaw.com
***Attorneys for Third-Party Defendants Cooper & Scully, P.C., Wesley G. Johnson, and Eric Hines***


RODEY DICKASON SLOAN AKIN & ROBB, P.A.

By: *Telephonically stipulated by R. Taylor 09/15/22 (JH)*
     Seth Sparks
     Jeffrey R. Taylor
P.O. Box 1888
Albuquerque, NM 87103-1888
(505) 765-5900
ssparks@rodey.com
rtaylor@rodey.com
***Attorneys for Third-Party Defendant Tom Carse***