IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                          Case No. 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

**STIPULATED ORDER GRANTING LEAVE TO FILE UNDER SEAL**

This matter having come before the Court upon the Stipulated Motion for Leave to File Under Seal by Defendant-Counterclaimant Andrew F. Arrieta seeking to file (1) Defendant Arrieta's Motion to Exclude Dr. Jenny Peloquen; (2) Defendant Arrieta's Motion to Exclude Dr. Stuart Sugarman; (3) Defendant Arrieta's Motion for Partial Summary Judgment on Claims for Emotional Distress; (4) Defendant Arrieta's Motion to Exclude Beth Meeks in this case under seal in accordance with Fed. R. Civ. P. 5.2(f) and allowing the responses and replies to be filed under seal as well, and the Court having reviewed the pleadings of record and noting the approval of opposing counsel and being otherwise fully advised;

ORDERS that the motion be, and hereby is, granted. The Clerk of the Court is authorized to accept an unredacted copy of (1) Defendant Arrieta's Motion to Exclude Dr. Jenny Peloquen; (2) Defendant Arrieta's Motion to Exclude Dr. Stuart Sugarman; (3) Defendant Arrieta's Motion for Partial Summary Judgment on Claims for Emotional Distress; (4)

Defendant Arrieta's Motion to Exclude Beth Meeks for filing in this case under seal and is further authorized to accept unredacted copies of any responses to the motion and any replies filed in support of the motion.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

**Submitted**:

MONTGOMERY & ANDREWS, P.A.

By:  */s/ Randy S. Bartell*
Randy S. Bartell
Kaleb W. Brooks
*Attorneys for Defendant-Counterclaimant Arrieta*
P.O. Box 2307
Santa Fe, NM 87504-2307
505-982-3873
rbartell@montand.com
kbrooks@montand.com


**Approved**:


 */s/ (approved by email on*          
Denise M. Thomas
Amber Train
*Attorneys for Plaintiff Keller*
P.O. Box 8236
Santa Fe, New Mexico 87504-8236
(505) 577-6332
denise@denisethomaslaw.com
atrain@ATrainLaw.com

BRANT & HUNT, ATTORNEYS

 /s/ *(approved by email on*             )
John M. Brant
Jeannie Hunt
*Attorneys for Third Party Defendant Sean P. McAfee*
202 Tulane Drive SE
Albuquerque, NM 87102
(505) 232-5300
jack@brantandhunt.com
jeannie@brantandhunt.com


DELARA, SUPIK & ODEGARD, P.C.

 /s/ *(approved by email on*             )
Alisa Wigley-DeLara
*Attorneys for Third Party Defendants Cooper & Scully, PC, Hines, and Johnson*
320 Gold SW, Suite 800
Albuquerque, NM 87102
(505) 999-1500
alisa@delaralaw.com


RODEY, DICKASON, SLOAN, AKIN, & ROBB, P.A.

 /s/ *(approved by email on*             )
Jeffrey R. Taylor
Seth L. Sparks
*Attorneys for Third Party Defendant Tom Carse*
P.O. Box 1888
Albuquerque, NM 87103
(505) 765-5900
rtaylor@rodey.com
ssparks@rodey.com