IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                              Case No. 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

## STIPULATED ORDER GRANTING LEAVE TO FILE UNDER SEAL

This matter having come before the Court upon the Stipulated Motion for Leave to File Under Seal by Third-Party Defendants Cooper & Scully, P.C., Eric Hines, Wesley G. Johnson, and Tom Carse seeking to file Third-Party Defendants' Joint Motion for Summary Judgment under seal in accordance with Fed. R. Civ. P. 5.2(f), and the Court having reviewed the briefing and noting the approval of all counsel and being otherwise fully advised, finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion for Leave to File Under Seal is granted and Third-Party Defendants' Joint Motion for Summary Judgment shall be filed under seal. Any joinders, responses to the motion, and replies in support of the motion shall also be filed under seal.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  /s/ Jeffrey R. Taylor
    Seth L. Sparks
    Jeffrey R. Taylor
    P.O. Box 1888 Albuquerque, NM 87103
    (505) 765-5900
    ssparks@rodey.com
    *Attorneys for Third Party Defendant Tom Carse*

DELARA | SUPIK | ODEGARD P.C.

By  /s/ Alisa Wigley-DeLara
    Alisa Wigley-DeLara
    P.O. Box 91596
    Albuquerque, NM 87199-1596
    (505) 999-1500
    alisa@delaralaw.com
    *Attorneys for Third-Party Defendants*
    *Cooper & Scully, Eric Hines, and Wesley Johnson*

**APPROVED BY:**

MONTGOMERY & ANDREWS, P.A.

By:  *Approved by Kaleb Brooks 9/15/22*
    Randy S. Bartell
    Kaleb W. Brooks
    P.O. Box 2307
    Santa Fe, NM 87504-2307
    505-982-3873
    rbartell@montand.com
    kbrooks@montand.com
    *Attorneys for Defendant-Counterclaimant Arrieta*

TRAIN LAW FIRM

By ___*Approved by Amber Train 9/15/22*___
    Amber Train
    150 Washington Ave., Suite 201
    Santa Fe, New Mexico 87501
    (505) 795-7379
    atrain@ATrainLaw.com

THE LAW OFFICE OF DENISE M. THOMAS
    Denise M. Thomas
    P.O. Box 8236
    Santa Fe, NM 87504
    (505) 577-6332
    denise@denisethomaslaw.com

*Attorneys for Plaintiff Keller*

BRANT & HUNT, ATTORNEYS

By ___*Approved by Jeannie Hunt 9/15/22*___
    John M. Brant
    Jeannie Hunt
    202 Tulane Drive SE
    Albuquerque, NM 87102
    (505) 232-5300
    jack@brantandhunt.com
    jeannie@brantandhunt.com
    *Attorneys for Third Party Defendant Sean P. McAfee*