IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                                      Cause No. 1:20-CV-00259-KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third Party Plaintiff,

v.

COOPER & SCULLY, P.C., ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE

    Third Party Defendants.

## AGREED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSIONS OF TIME

THIS MATTER having come before the Court upon the Third-Party Defendant Tom Carse's Unopposed Motion for Extensions of Time, (Doc. 266), and the Court having reviewed the Motion, noting the approval of all counsel, and being otherwise fully advised, finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Joint Stipulated Motion for Extensions of Time Motion shall be GRANTED. The parties are granted fourteen (14) day extensions of time on responses to and replies in support of the motions listed in the Joint Motion. These extensions of time are not exclusive, and the parties may request and receive further extensions of time.

_____
UNITED STATES DISTRICT JUDGE

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By ___/s/ Randy Taylor_____
     Randy Taylor
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395-
rtaylor@rodey.com
*Attorneys for Third-Party Defendant Tom Carse*

MONTGOMERY & ANDREWS, P.A.

By ___Approved via e-mail 9-26-22_____
     Randy S. Bartell
     Kaleb W. Brooks
PO Box 2307
Santa Fe, NM 2307
Santa Fe, NM 787504-2307
Telephone: (505) 982-3873
rbartell@montand.com
kbrooks@montand.com
*Attorneys for Defendant-Counterclaimant Arriega*

LAW OFFICE OF DENISE M. THOMAS
Denise M. Thomas
PO Box 8236
Santa Fe, NM 87504-8236
Telephone: (505) 577-6332
denise@denisethomaslaw.com
*Attorneys for Plaintiff*
        -and-

TRAIN LAW FIRM, LLC


By___Approvedvia e-mail_____
     Amber Train
1000 Cordova Pl., PMB 177
Santa Fe, NM 87501
Telephone: (505) 795-7379
atrain@ATrainLaw.com
*Attorneys for Plaintiff*

BRANT & HUNT

By <u>   *Approved via e-mail 9-21-22*         </u>
    John M. Brant
    Jeannie Hunt
202 Tulane Dr., SE
Albuquerque, NM 87102
Telephone: (505) 232-5300
jack@trantandhutn.com
Jeannie@brantandhunt.com
*Attorneys for Defendant Sean P. McAfee*

DELARA, SUPIK & ODEGARD, P.C.

By <u>   *Approved via e-mail 9-23-22*           </u>
    Alisa Wigley-DeLara
320 Gold SW, Suite 800
Albuquerque, NM 87102
Telephone: (505) 999-1500
alias@delaralaw.com
*Attorneys for Third-Party Defendants Cooper
& Scully, PC, Hines and Johnson*