IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

        Plaintiff,

v.                                                                       Case No. 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

        Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

        Third-Party Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART SECOND MOTION FOR EXTENSIONS OF TIME

THIS MATTER came before the Court on Plaintiff Rachel Kay Keller's Second Unopposed Motion for Extensions of Time (Doc. 271) ("Motion") filed herein on October 13, 2022. The Court has considered the Motion, relevant legal authority and being otherwise fully advised FINDS the Motion is well-taken and shall be GRANTED in part and DENIED in part.

Trial in this matter is set to commence on May 1, 2023. The Court notes the multitude of motions filed by the parties, all of which will require full consideration to rule sufficiently in advance of trial. Thus, to keep this case on schedule and to avoid unwarranted delay of the trial, the Court extends the deadline to file responses to October 28, 2022.

IT IS HEREBY ORDERED that Plaintiff is granted an extension of time until October 28, 2022, to file responses to the following motions:

    1.    Arrieta's Motion to Exclude Expert Witness Beth Meeks (Doc. 260);

2. Arrieta's Motion to Exclude Expert Testimony of Dr. Stuart Sugarman (Doc. 252);

3. Arrieta's Motion to Exclude Expert Testimony of Dr. Jenny Peloquen (Doc. 253); and

4. Third-Party Defendants' Joint Motion for Summary Judgment (Doc. 257) with Arrieta's Joinder (Doc. 259).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE