IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                    Case No: 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

**STIPUATED ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

THIS MATTER having come before the Court on Third-Party Defendant Sean P. McAfee's Unopposed Motion for Leave to File Under Seal ("Motion") and the Court having reviewed the Motion and having noted no opposition thereto and being otherwise fully advised therein, hereby finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Unopposed Motion for Leave to File Under Seal shall be and is hereby granted and Third-Party Defendant Sean P. McAfee shall be permitted to file his Motion to Strike Twila Larkin's Supplemental Report under seal. The parties shall also be permitted to file their respective responsive briefings under seal.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

**Submitted by:**

BRANT & HUNT, ATTORNEYS

By: _____
    Jack Brant
    Jeannie Hunt
    202 Tulane Dr. SE
    Albuquerque, NM 87106
    (505) 232-5300
    jack@brantandhunt.com
    jeannie@brantandhunt.com

**Approved by:**

THE LAW OFFICE OF DENISE M. THOMAS

By: *Electronically Approved by D. Thomas 10/21/22 (JH)*
    Denise M. Thomas
    P.O. Box 8236
    Santa Fe, NM 87504-8236
    (505) 577-6332
    denise@denisethomaslaw.com
    *Attorney for Plaintiff*


MONTGOMERY & ANDREWS, P.A.

By: *Electronically Approved by K. Brooks 10/24/22 (JH)*
    Randy S. Bartell
    Kaleb W. Brooks
    325 Paseo de Peralta
    P.O. Box 2307
    Santa Fe, NM 87504-2307
    (505) 982-3873
    rbartell@montand.com
    kbrooks@montand.com
    *Attorneys for Defendant/Third-Party Plaintiff*

DELARA, SUPIK, ODEGARD, P.C.

By: _Electronically Approved by A. Wigley-DeLara 10/21/22 (JH)_
    Alisa Wigley-DeLara
    P.O. Box 91596
    Albuquerque, NM 87199-1596
    (505) 999-1500
    alisa@delaralaw.com
    *Attorneys for Third-Party Defendants*
    *Cooper & Scully, P.C., Wesley G. Johnson,*
    *And Eric Hines*


RODEY DICKASON SLOAN AKIN & ROBB, P.A.

By: _Electronically Approved by R. Taylor 10/19/22 (JH)_
    Seth Sparks
    Jeffrey R. Taylor
    P.O. Box 1888
    Albuquerque, NM 87103-1888
    (505) 765-5900
    ssparks@rodey.com
    rtaylor@rodey.com
    *Attorneys for Third-Party Defendant*
    *Tom Carse*