IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                                  Cause No. 1:20-CV-00259-KG/SCY

ANDREW F. ARRIETA,

    Defendant,

v.

COOPER & SCULLY, P.C., ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE

    Third Party Defendants.

### ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD

THIS MATTER, having come before the Court on the Unopposed Motion for Withdrawal, and the Court, having read the Motion, noting it is unopposed by all parties and Third-Party Defendant Carse, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the law firm of Rodey, Dickason, Sloan, Akin & Robb, P.A. (Seth L. Sparks and Jeffrey R. Taylor) be allowed to withdraw from its representation of Third-Party Defendant Tom Carse in this matter.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By    /s/ Jeffrey R Taylor
    Seth L. Sparks
    Jeffrey R. Taylor
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395-
rtaylor@rodey.com
*Attorneys for Third-Party Defendant Tom Carse*


MONTGOMERY & ANDREWS, P.A.

By *approved via email 2/10/2023*

Randy S. Bartell
Kaleb W. Brooks
PO Box 2307
Santa Fe, NM 2307
Santa Fe, NM 787504-2307
Telephone: (505) 982-3873
rbartell@montand.com
kbrooks@montand.com
*Attorneys for Defendant-Counterclaimant Arrieta*


MACIAS-MAYO AND THOMAS, P.C.

By *approved via email 2/10/2023*
Denise M. Thomas
125 Lincoln Ave., Ste. 223
Santa Fe, NM 87501
(505) 795-7117

    -and-

TRAIN LAW FIRM, LLC
Amber Train
1000 Cordova Pl., PMB 177
Santa Fe, NM 87501
Telephone: (505) 795-7379

2

atrain@ATrainLaw.com
*Attorneys for Plaintiff*

BRANT & HUNT

By *approved via email 2/10/2023*
    John M. Brant
    Jeannie Hunt
202 Tulane Dr., SE
Albuquerque, NM 87102
Telephone: (505) 232-5300
jack@trantandhutn.com
Jeannie@brantandhunt.com
*Attorneys for Third-Party Defendant Sean P. McAfee*

DELARA, SUPIK & ODEGARD, P.C.

By *approved via email 2/10/2023*
    Alisa Wigley-DeLara
320 Gold SW, Suite 800
Albuquerque, NM 87102
Telephone: (505) 999-1500
alias@delaralaw.com
*Attorneys for Third-Party Defendants Cooper
& Scully, PC, Hines and Johnson*