IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                                            Cause No. 1:20-CV-00259-KG/SCY

ANDREW F. ARRIETA,

    Defendant,

v.

COOPER & SCULLY, P.C., ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third Party Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, FEBRUARY 23, 2023, AT 10:00 A.M.** Please call the Court's AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT COURT