IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                                     Civ. No. 20-0259-KG/SCY

ANDREW F. ARRIETA,

    Defendant/ Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. There are outstanding motions and issues still in need of resolution in this case. Nonetheless, given the partial settlement, and to assist the Court, the parties shall show cause which motions, or even which specific issues in those motions, still require the Court's attention.

The parties may show cause in writing no later than **Thursday, February 23, 2023, at 10:00 am** or orally at the status conference at that time.

Any motions not named as necessary to the remaining case will be denied as moot after the status conference.

IT IS SO ORDERED.

                                                                                   _____
                                                                                  UNITED STATES DISTRICT JUDGE