## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**RACHEL KAY KELLER,**

     **Plaintiff,**

**v.**                                  **Case No:  1:20-cv-00259 KG/SCY**

**ANDREW F. ARRIETA,**

     **Defendant/Third-Party Plaintiff,**

**v.**

**COOPER & SCULLY, PC; ERIC HINES;**
**WESLEY G. JOHNSON; TOM CARSE; and**
**SEAN P. McAFEE,**

     **Third-Party Defendants.**

### UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to D.N.M.LR-Civ. 83.3, Third-Party Defendant Sean P. McAfee and his counsel of record hereby move the Court for an order allowing Brant and Hunt, Attorneys (Jack Brant and Jeannie Hunt) to withdraw as attorneys of record on behalf of Third-Party Defendant Sean McAfee.  Brant and Hunt, Attorneys has developed a serious and irreconcilable conflict of interest which arose on February 14, 2023.  Brant and Hunt, Attorneys is unable to continue as counsel for Judge McAfee due to this conflict of interest.  This Motion was filed as soon as new counsel for Judge McAfee was obtained.

Attorney Vincent Ward with Ward Law will substitute in as counsel for Judge McAfee. Attorney Ward may be contacted via the following:  vincent@wardlawnm.com; 505-944-9454. Judge McAfee consents to the withdrawal and substitution.

Pursuant to D.N.M.LR-Civ. 7.1 and 83.8, counsel for all parties consents to this motion.

WHEREFORE, the party and counsel identified above respectfully move this Court for an order allowing Brant and Hunt, Attorneys (Jack Brant and Jeannie Hunt) to withdraw as counsel of record on behalf of Third-Party Defendant Sean McAfee and permitting Vincent Ward to substitute in as counsel of record for Judge McAfee.

Respectfully Submitted,

BRANT & HUNT, ATTORNEYS

By: */s/Jeannie Hunt*
    John M. Brant
    Jeannie Hunt
202 Tulane Drive Southeast
Albuquerque, NM  87102
PH: (505) 232-5300
jack@brantandhunt.com
jeannie@brantandhunt.com
*Attorneys for Third-party Defendant,*
*Sean P. McAfee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March 2023, I emailed counsel and electronically filed the foregoing through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

By:  */s/ Jeannie Hunt*
    Jeannie Hunt

2