IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                                                 Case No: 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD

THIS MATTER, having come before the Court on the Unopposed Motion for Withdrawal and Substitution of Counsel and the Court, having read the Motion, noting it is unopposed by all parties and Third-Party Defendant McAfee, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the law firm of Brant and Hunt, Attorneys (Jack Brant and Jeannie Hunt) be allowed to withdraw from its representation of Third-Party Defendant Sean P. McAfee in this matter. Attorney Vincent Ward shall be and is hereby substituted in as counsel for Judge McAfee.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

BRANT & HUNT, ATTORNEYS

By: ___/s/ J. Hunt_____
     Jack Brant
     Jeannie Hunt
     202 Tulane Dr. SE
     Albuquerque, NM 87106
     (505) 232-5300
     jack@brantandhunt.com
     jeannie@brantandhunt.com

**Approved by:**

MONTGOMERY & ANDREWS, P.A.

By: __*Electronically Approved by R. Bartell 03/01/23 (JH)*__
     Randy S. Bartell
     Kaleb W. Brooks
     325 Paseo de Peralta
     P.O. Box 2307
     Santa Fe, NM 87504-2307
     (505) 982-3873
     rbartell@montand.com
     kbrooks@montand.com
     *Attorneys for Defendant/Third-Party Plaintiff*

DELARA, SUPIK, ODEGARD, P.C.

By: ___/s/ *Electronically Approved by A. Wigley-DeLara 03/01/23*
     Alisa Wigley-DeLara
     P.O. Box 91596
     Albuquerque, NM 87199-1596
     (505) 999-1500
     alisa@delaralaw.com
     *Attorneys for Third-Party Defendants*
     *Cooper & Scully, P.C., Wesley G. Johnson,*
     *And Eric Hines*

TOM CARSE, *pro se*

By: *Electronically Approved by T. Carse 03/01/23 (JH)*
    Tom Carse
    P.O. Box 703966
    Dallas, TX 75370
    (972) 503-6338
    tom@carselaw.com
    *Third-Party Defendant, pro se*