### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**RACHEL KAY KELLER,**

     **Plaintiff,**

**v.**                                    **Cause No. 1:20-cv-00259 KG/SCY**

**ANDREW F. ARRIETA,**

     **Defendant/Third-Party Plaintiff,**

**v.**

**COOPER & SCULLY, PC; ERIC HINES;**
**WESLEY G. JOHNSON; TOM CARSE;**
**and SEAN P. McAFEE,**

     **Third-Party Defendants.**

### ORDER GRANTING THIRD PARTY DEFENDANT THE HON. SEAN P. McAFEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE WITNESS LIST AND DESIGNATIONS OF DEPOSITION TESTIMONY

THIS MATTER, having come before the Court on Third Party Defendant The Honorable Sean P. McAfee's Unopposed Motion for Extension of Time to File Witness List and Designations of Deposition Testimony, having read the Motion, noting it is unopposed by all parties, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Third Party Defendant McAfee shall have an extension of five (5) days, or until March 14, 2023, to file his Witness List and Designations of Deposition Testimony.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

THE WARD LAW FIRM

By: _/s/ Vincent J. Ward_
      Vincent J. Ward
      P.O. Box 7940
      Albuquerque, NM 87194
      (505) 944-9454
      vincent@wardlawnm.com

      *Attorney for Third Party Defendant*
      *The Honorable Sean P. McAfee*

**Approved by:**

MONTGOMERY & ANDREWS, P.A.

By: _/s/ Randy S. Bartell (electronically approved)_
      Randy S. Bartell
      Kaleb W. Brooks
      325 Paseo de Peralta
      P.O. Box 2307
      Santa Fe, NM 87504-2307
      (505) 982-3873
      rbartell@montand.com
      kbrooks@montand.com
      *Attorneys for Defendant/Third-Party Plaintiff*

DELARA, SUPIK, ODEGARD, P.C.

By: _/s/ Alisa Wigley-DeLara (electronically approved)_
      Alisa Wigley-DeLara
      P.O. Box 91596
      Albuquerque, NM 87199-1596
      (505) 999-1500
      alisa@delaralaw.com
      *Attorneys for Third-Party Defendants*
      *Cooper & Scully, P.C., Wesley G. Johnson,*
      *And Eric Hines*

TOM CARSE, *pro se*

By: */s/ Tom Carse (electronically approved)*
     Tom Carse
     P.O. Box 703966
     Dallas, TX 75370
     (972) 503-6338
     tom@carselaw.com
     *Third-Party Defendant, pro se*