IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                                                                       Civ. No. 20-0259-KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

    Third-Party Defendants.

## ORDER CONTINUING TRIAL

This matter is before the Court on its own motion. Trial is currently set to begin Monday, May 1, 2023. (Doc. 268). The Court now orders that trial will be continued until June 5, 2023. This case conflicts with a now-ripe criminal case. Because of the Speedy Trial Act and the constitutional rights of criminal defendants, the criminal trial must take precedence.

All the deadlines in the operative scheduling order, (Doc. 268), shall remain the same except that:

    (1)    Jury selection and trial will begin at 9:00 a.m. **Monday, June 5, 2023,** and run until Wednesday, June 7, 2023.

    (2)    The Pre-Trial Conference will be held **Thursday, May 18, 2023, at 9:30 a.m.**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE