IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

      Plaintiff,

v.                                                            Cause No. 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

      Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE;
and SEAN P. McAFEE,

      Third-Party Defendants.

ORDER GRANTING THIRD-PARTY DEFENDANTS
COOPER & SCULLY PC, ERIC HINES, AND WESLEY G. JOHNSON'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER

      THIS MATTER, having come before the Court on Third-Party Defendants Cooper & Scully, PC, Eric Hines, and Wesley G. Johnson's Unopposed Motion for Extension of Time to File the Pretrial Order, having read the Motion, noting it is unopposed by all parties, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be GRANTED.

      IT IS THEREFORE ORDERED that the parties shall have an extension of seven (7) days, or until March 30, 2023, to file the Pretrial Order with the Court.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE

**Submitted by:**

DELARA | SUPIK | ODEGARD P.C.
By: */s/ Alisa Wigley-DeLara*
    Alisa Wigley-DeLara
    P.O. Box 91596
    Albuquerque, NM 87199-1596
    (505) 999-1500
    alisa@delaralaw.com
    *Attorneys for Third-Party Defendants*
    *Cooper & Scully, P.C., Wesley G. Johnson,*
    *And Eric Hines*

**Approved by:**

MONTGOMERY & ANDREWS, P.A.
By: */s/ Randy S. Bartell (electronically approved)*
    Randy S. Bartell
    Kaleb W. Brooks
    325 Paseo de Peralta
    P.O. Box 2307
    Santa Fe, NM 87504-2307
    (505) 982-3873
    rbartell@montand.com
    kbrooks@montand.com
    *Attorneys for Defendant/Third-Party Plaintiff*

THE WARD LAW FIRM
By: */s/ Vincent J. Ward (electronically approved)*
    Vincent J. Ward
    P.O. Box 7940
    Albuquerque, NM 87194
    (505) 944-9454
    vincent@wardlawnm.com
    *Attorney for Third Party Defendant*
    *The Honorable Sean P. McAfee*

TOM CARSE, *pro se*
By: */s/ Tom Carse (electronically approved)*
    Tom Carse
    P.O. Box 703966
    Dallas, TX 75370
    (972) 503-6338
    tom@carselaw.com
    *Third-Party Defendant, pro se*