IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

      Plaintiff,

v.                                                 Case No. 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

      Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

      Third-Party Defendants.

**STIPULATED MOTION TO DISMISS CLAIMS AGAINST
THIRD-PARTY DEFENDANTS ERIC HINES AND WESLEY G. JOHNSON**

Third-Party Plaintiff Andrew F. Arrieta ("Arrieta") moves the Court to dismiss all claims asserted against Third-Party Defendants Eric Hines and Wesley G. Johnson with prejudice in accordance with Fed. R. Civ. P. 41(a)(2). All of the Third-Party Defendants concur in this motion.

Therefore, the Court should enter its order dismissing all claims against Third-Party

Defendants Eric Hines and Wesley G. Johnson with prejudice.

Respectfully Submitted,

MONTGOMERY & ANDREWS, P.A.


By:___*/s/ Randy S. Bartell*_____
       Randy S. Bartell
       Kaleb W. Brooks
P.O. Box 2307
Santa Fe, NM 87504-2307
(505) 982-3873
rbartell@montand.com
kwbrooks@montand.com

*Attorneys for Andrew F. Arrieta*


## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.


By____*/s/ Randy S. Bartell*____
       Randy S. Bartell

2