IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

    Plaintiff,

v.                                                          Cause No. 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

    Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE;
and SEAN P. McAFEE,

    Third-Party Defendants.

## STIPULATED ORDER OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT COOPER AND SCULLY, P.C.

THIS MATTER, came before the Court on Third-Party Plaintiff Andrew F. Arrieta's Stipulated Motion to Dismiss all claims asserted by Third-Party Plaintiff Arrieta against Third-Party Defendant Cooper & Scully, P.C. with prejudice, on the grounds that all matters in controversy have been fully settled and compromised, and the Court having read said Motion and being fully advised in the premises, FINDS that this Court has jurisdiction over the parties and of the subject matter of said case and that the Motion should be granted.

IT IS THEREFORE ORDERED that the claims alleged in Third-Party Plaintiff's Third-Party Complaint (Doc. 23) against Third-Party Defendant Cooper & Scully, P.C. are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

MONTGOMERY & ANDREWS, P.A.

By: */s/ Randy S. Bartell*
    Randy S. Bartell
    Kaleb W. Brooks
    P.O. Box 2307
    Santa Fe, NM 87504-2307
    (505) 982-3873
    rbartell@montand.com
    kbrooks@montand.com
    *Attorneys for Third-Party Plaintiff*

**Approved by:**

DELARA | SUPIK | ODEGARD P.C.

By: */s/ Alisa Wigley-DeLara*
    Alisa Wigley-DeLara
    P.O. Box 91596
    Albuquerque, NM 87199-1596
    (505) 999-1500
    alisa@delaralaw.com
    *Attorneys for Third-Party Defendants*
    *Cooper & Scully, P.C., Wesley G. Johnson,*
    *And Eric Hines*

THE WARD LAW FIRM

By: */s/Vincent J. Ward*
    Vincent J. Ward
    P.O. Box 7940
    Albuquerque, NM 87194
    (505) 994-9454
    vincent@wardlawnm.com
    *Attorney for Third-Party Defendant Sean McAfee*

By: */s/Tom Carse*
Third-Party Defendant Tom Carse, *pro se*
    P.O. Box 703966
    Dallas, Texas 75370
    (972) 503-6338
    tom@carselaw.com