IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RACHEL KAY KELLER,

      Plaintiff,

v.                                  Case No. 1:20-cv-00259 KG/SCY

ANDREW F. ARRIETA,

      Defendant/Third-Party Plaintiff,

v.

COOPER & SCULLY, PC; ERIC HINES;
WESLEY G. JOHNSON; TOM CARSE; and
SEAN P. McAFEE,

      Third-Party Defendants.

**STIPULATED ORDER DISMISSING THIRD-PARTY DEFENDANT TOM CARSE**

      This matter having come before the Court upon the Stipulated Motion to Dismiss Third-Party Defendant Tom Carse filed by Third-Party Plaintiff Andrew F. Arrieta ("Arrieta"), and the Court having reviewed the pleadings and noting the approval of all parties and being otherwise fully advised;

      **ORDERS** that the Third-Party Claims against Third-Party Defendant Tom Carse be, and hereby are, dismissed with prejudice; and

      **FURTHER ORDERS** that the Court will retain jurisdiction to resolve any future disputes pertaining to the settlement agreement between these parties.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

MONTGOMERY & ANDREWS, P.A.

By:   */s/ Randy S. Bartell*
      Randy S. Bartell
      Kaleb W. Brooks
*Attorneys for Andrew F. Arrieta*


Approved:

By: */s/Tom Car*
      Tom Carse, *pro se*


THE WARD LAW FIRM

By: */s/ Vincent J. Ward*
      Vincent J. Ward
*Attorney for Third-Party Defendant Sean McAfee*


DELARA SUPIK ODEGARD, P.C.

By: */s/Alisa DeLara*
      Alisa DeLara
*Attorneys for Third-Party Defendant Cooper & Scully P.C.*