IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RACHEL KAY KELLER,**

    **Plaintiff,**

v.          Cause No. 1:20-cv-00259 KG/SCY

**ANDREW F. ARRIETA,**

    **Defendant/Third-Party Plaintiff,**

v.

**COOPER & SCULLY, PC; ERIC HINES;**
**WESLEY G. JOHNSON; TOM CARSE;**
**and SEAN P. McAFEE,**

    **Third-Party Defendants.**

**ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTY AND DISMISS THE ACTION AGAINST THE HONORABLE SEAN P. McAFEE WITH PREJUDICE**

THIS MATTER, having come before the Court on the Parties' Joint Motion to Substitute Party and Dismiss the Action Against the Honorable Sean P. McAfee with prejudice, having read the Motion and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Law Office of Sean P. McAfee LLC shall be substituted as third-party defendant for the Honorable Sean P. McAfee. The Court directs the Clerk of the Court to update the docket. It is also ORDERED that the action against the Honorable Sean P. McAfee is dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT

**Submitted by:**

THE WARD LAW FIRM

By: */s/ Vincent J. Ward*
    Vincent J. Ward
    P.O. Box 7940
    Albuquerque, NM 87194
    (505) 944-9454
    vincent@wardlawnm.com

    *Attorney for Third Party Defendant*
    *The Honorable Sean P. McAfee*

**Approved by:**

MONTGOMERY & ANDREWS, P.A.

By: */s/ Randy S. Bartell (electronically approved)*
    Randy S. Bartell
    Kaleb W. Brooks
    325 Paseo de Peralta
    P.O. Box 2307
    Santa Fe, NM 87504-2307
    (505) 982-3873
    rbartell@montand.com
    kbrooks@montand.com
    *Attorneys for Defendant/Third-Party Plaintiff*